# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARNIE K. LAZENBY                                        Case Number: 04-75853
        208 AMBROSE DR SE                SSN-xxx-xx-7490
        POPLAR GROVE, IL  61065

                                                          Case filed on:    11/24/2004
                                                       Plan Confirmed on:    2/18/2005

                              D Dismissed

Total funds received and disbursed pursuant to the plan: $26,604.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 008 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MARNIE K. LAZENBY | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | MARNIE K. LAZENBY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 156,654.19 | 0.00 | 0.00 | 0.00 |
| 002 | AMERIQUEST MORTGAGE COMPANY | 15,870.22 | 3,106.73 | 3,106.73 | 0.00 |
| 003 | COPPER OAKS HOMEOWNER'S ASSOC. | 2,280.70 | 446.47 | 446.47 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 22,000.00 | 22,000.00 | 16,469.59 | 3,177.66 |
|  | Total Secured | 196,805.11 | 25,553.20 | 20,022.79 | 3,177.66 |
| 004 | FORD MOTOR CREDIT CORP | 3,176.56 | 3,176.56 | 0.00 | 0.00 |
| 005 | COLLEGIATE FUNDING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | UNITED STUDENT AID FUND INC | 19,598.20 | 19,598.20 | 0.00 | 0.00 |
|  | Total Unsecured | 22,774.76 | 22,774.76 | 0.00 | 0.00 |
|  | Grand Total: | 221,279.87 | 50,027.96 | 21,722.79 | 3,177.66 |

Total Paid Claimant:      $24,900.45
Trustee Allowance:        $1,703.55         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00     discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan